York, NY 10006 assigned as counsel to the respondent on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v JAY JO-MAR BRADSHAW, Respondent.

Submitted November 1, 2010; decided November 17, 2010

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the respondent on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v BARAK CORNELL, Respondent.

Submitted October 25, 2010; decided November 17, 2010

Motion for assignment of counsel granted and Timothy P. Murphy, Esq., care of Lipsitz Green Scime Cambria, LLP, 42 Delaware Avenue, Suite 120, Buffalo, New York 14202 assigned as counsel to the respondent on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES McRAE, Appellant.

Submitted August 16, 2010; decided November 17, 2010

Motion for reargument denied [see 15 NY3d 761 (2010)].